IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZREEN RAZZAK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 17-cv-04939-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS; VACATING HEARING** |

Before the Court is defendant Wells Fargo Bank, N.A.'s motion to dismiss, filed August 31, 2017, by which motion defendant seeks dismissal of the Complaint filed in the above-titled action on July 21, 2017. On September 28, 2017, plaintiff Nazreen Razzak timely filed, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, a First Amended Complaint.

Accordingly, defendant's motion to dismiss the initial complaint is hereby DENIED as moot and the hearing scheduled for October 27, 2017, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 2, 2017

MAXINE M. CHESNEY
United States District Judge