IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZREEN RAZZAK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 17-cv-04939-MMC<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>Re: Dkt. No. 31 |

Before the Court is defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") request, filed December 4, 2017, to appear telephonically at the upcoming hearing on Wells Fargo's motion to dismiss plaintiff Nazreen Razzak's First Amended Complaint. Wells Fargo is hereby advised that the Court does not conduct contested hearings by telephone.

Accordingly, the request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: December 4, 2017

MAXINE M. CHESNEY
United States District Judge