IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZREEN RAZZAK, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No. 17-cv-04939-MMC<br><br>**ORDER DENYING PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>RE: DKT. NO. 47 |

　　　　Before the Court is plaintiffs' "Ex Parte Application for Temporary Restraining Order" ("Application"), filed March 26, 2018. On March 27, 2018, defendant filed its Opposition.

　　　　By order filed concurrently herewith, the Court has dismissed plaintiffs' Second Amended Complaint, and, consequently, plaintiffs cannot establish they are likely to succeed on the merits of the claims set forth therein. See Winter v. Natural Res. Def. Council, Inc., 129 S. Ct. 365, 374 (holding party seeking injunction "must establish," inter alia, it is "likely to succeed on the merits" of its claim).

　　　　Accordingly, the Application is hereby DENIED.

　　　　**IT IS SO ORDERED.**

Dated: March 28, 2018

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge